Christ Selimos, Appellee, v. Harry Christ, Julia Christ, John Kasotakis and Chris D. Toulon, Appellants.

Gen. No. 43,647.

opinion filed May 20, 1947; rehearing denied June 4, 1947; released for publication June 9, 1947. Richard B. Klein, for certain appellants; McKinley & Price, for certain other appellant; William McKinley and Paul E. Price, of counsel; Peter S. Sarelas, for appellee; James Paul DeLaney, of counsel. Opinion by JUSTICE FRIEND. Not to be published in full.